No. 1058. PHILLIPS v. MARTIN MARIETTA CORP. C. A. 5th Cir. [Certiorari granted, *ante,* p. 960.] Motion of National Organization for Women for leave to file a brief as *amicus curiae* granted. *Jacob D. Heyman* on the motion.

No. 1149. BYRNE, DISTRICT ATTORNEY OF SUFFOLK COUNTY, ET AL. v. KARALEXIS ET AL. Appeal from D. C. Mass. [Probable jurisdiction noted, *ante,* p. 985.] Motions of National General Corp. et al. and American Civil Liberties Union et al. for leave to file briefs as *amici curiae* granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these motions. *Stanley Fleishman* and *Sam Rosenwein* for National General Corp. et al., and *Thomas R. Asher, Michael Schneiderman,* and *Melvin L. Wulf* for American Civil Liberties Union et al. on the motions.

No. 1985, Misc. COWLES COMMUNICATIONS, INC. v. ALIOTO ET AL. C. A. 9th Cir. and D. C. N. D. Cal. Motion for leave to file petitions for writs of certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion *Charles W. Kenady, R. Barry Churton, Ronald S. Diana,* and *William G. Hundley* on the motion.

No. 1939, Misc. GARRETT v. BREWER, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 1155. UNITED STATES v. VUITCH. Appeal from D. C. D. C. Further consideration of question of jurisdiction postponed to hearing of case on the merits. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. *Joseph Sitnick* and *Joseph L. Nellis* for appellee.